# United States Court of Appeals for the Fifth Circuit

—————————

No. 23-10744
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 15, 2024

Lyle W. Cayce
Clerk

Flavius N. Euristhe; Kimila S. Euristhe,

*Plaintiffs—Appellants*,

*versus*

William P. Beckmann; Scott Everette; John G. Aldridge, Jr.; David A. Spector; Joshua A. Hahn; Bill Shaddock; Mary L. Nicholson, *in personal and public capacity as Tarrant County Clerk*,

*Defendants—Appellees*.

—————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-653

—————————————————————

Before Jolly, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:[*]

Flavius N. Euristhe and Kimila S. Euristhe filed a pro se complaint mostly alleging violations of various federal laws regarding a then-impending foreclosure sale of their property. In the instant appeal, they challenge the

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10744

denial of their motion for a temporary restraining order (TRO) and a preliminary injunction to stop the foreclosure sale.  The denial of a TRO is not an appealable decision, *In re Lieb*, 915 F.2d 180, 183 (5th Cir. 1990), and because the property at issue has been sold, the district court's denial of a preliminary injunction is now moot, *see Dick v. Colo. Hous. Enters., L.L.C.*, 872 F.3d 709, 711-13 (5th Cir. 2017).

Accordingly, the appeal is DISMISSED for lack of jurisdiction.  To the extent that the Euristhes' brief includes various motions, they are DENIED.